

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2014

No. 04-14-00502-CV

**IN RE STALLION OILFIELD SERVICES, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
                  Marialyn Barnard, Justice
                  Patricia O. Alvarez, Justice

On July 21, 2014, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than August 7, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 24th, 2014.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-11-52737-CV, styled *Jose Perez v. Stallion Oilfield Services Ltd. and Stallion Oilfield Services in its Common or Assumed Name*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.